UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ANNA M. MCNAMARA ) | |
| ) | |
| vs. ) | Case No. 08-4014-CV-C-RED-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration ) | |
| ) | |

__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings and conclusions in this case. Accordingly, it is hereby

ORDERED that the decision of the Administrative Law Judge is **AFFIRMED**.

**IT IS SO ORDERED.**

December 17, 2008                                  P. L. Brune
Date                                                        Clerk

Entered on: December 18, 2008         s/ Karen Siegert
                                                              (By) Deputy Clerk